Daniel M. Hattis (SBN 232141)
Email: dan@hattislaw.com
Paul Karl Lukacs (SBN 197007)
Email: pkl@hattislaw.com
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171

*Attorneys for Plaintiff*
*and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MALIKA MICKEY,<br>for herself,<br>as a private attorney general,<br>and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEEL, INC.,<br><br>Defendant. | Case No. 4:26-cv-01336-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)(i)]** |

**NOTICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Malika Mickey ("Plaintiff") hereby provides notice that:

a) Plaintiff hereby dismisses ***without*** **prejudice** the operative Complaint (Dkt. 1) to the extent the Complaint is alleged in Plaintiff's individual or personal capacity, and

b) Plaintiff hereby dismisses ***without*** **prejudice** the Complaint to the extent the Complaint is alleged in Plaintiff's capacity as a proposed representative of a putative class.

Defendant Seel, Inc., has not served an answer or a motion for summary judgment in this action.

Pursuant to Fed.R.Civ.P. 23(e), Plaintiff provides notice that a class has not been certified in this action and that no settlement class has been proposed in this action.

Date: April 20, 2026

Presented by:

HATTIS LUKACS & CORRINGTON

By: ______________________

Daniel M. Hattis (SBN 232141)
Email: dan@hattislaw.com
Paul Karl Lukacs (SBN 197007)
Email: pkl@hattislaw.com
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650

*Attorneys for Plaintiff*
*and the Proposed Class*